**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

   **v.**                                    Case No. 07-cr-214-PB

**Kip's Seafood Company and**
**Karl S. Crute**


**O R D E R**

   The defendants, through counsel, have moved to continue the April 1, 2008 trial in the above case, citing the need for additional time to engage in further plea negotiations.  The government  does not object to a continuance of the trial date.

   Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 1, 2008 to June 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

     The March 27, 2008 final pretrial conference is continued to

May 22, 2008 at 3:00 p.m.

     SO ORDERED.


                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

March 13, 2008

cc:  Steven Gordon, Esq.
     William Christie, Esq.
     Donald Feith, Esq.
     Jay McCloskey, Esq.
     George Dilworth, Esq.
     United States Probation
     United States Marshal